UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| Quality Loan Service Corp., | Case No. EDCV 17-1609 JAK (SPx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| United States of America, et al., | JS-6 |
| Defendants. | |

1

Based on the Stipulation to Distribute Interpleader Fund, and all other matters properly made part of the record:

**A. Payment of Proceeds**

The Riverside County Superior Court shall distribute $299,467.22 in surplus funds on deposit from case number RIC 1709625 by checks made payable and sent as follows:

| Party | Check Payee | Amount | Address |
|---|---|---|---|
| United States | United States Treasury | $133,990.94 | AUSA Gavin Greene<br>300 N. Los Angeles St., Room 7211<br>Los Angeles, CA 90012 |
| State of California Franchise Tax Board | California Franchise Tax Board | $39,396.04 | Franchise Tax Board<br>Attn: Donny Le<br>P.O. Box 1720, MS: A-260<br>Rancho Cordova, CA 95741-1720 |
| Leslea Pedersen | Leslea Pedersen & T/A of Frederickson Mazeika & Grant | $126,080.24 | Fredrickson, Mazeika & Grant LLP<br>Attn: Timothy J. Grant<br>5720 Oberlin Drive<br>San Diego, CA 92121-1723 |

As against each other, the parties will each bear their own costs and attorney's fees. In light of this Order, the prior stipulations submitted by the parties as to the disbursement of the surplus funds (Dkts. 15, 28) are **MOOT**.

**IT IS SO ORDERED**.

Dated: November 14, 2017

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE